FILED
2021 Apr-20 AM 11:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION**

MARCUS O. TAITE,

Petitioner,

v.

KAY IVEY,

Respondent.

Case No. 7:20-cv-00957-LSC-SGC

**MEMORANDUM OPINION**

The magistrate judge entered a report on March 19, 2021, recommending this petition for writ of habeas corpus—filed pursuant to 28 U.S.C. § 2254—be dismissed without prejudice as successive. (Doc. 3). The magistrate judge further recommended a certificate of appealability be denied. (*Id.* at 3). Although advised of his right to file specific written objections within fourteen days, the petitioner has not submitted objections, or any other response, to the court within the prescribed time.

After careful consideration of the record in this case, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** her recommendation. In accordance with the recommendation, the court finds the petition is due to be dismissed without prejudice as successive. A certificate of appealability is due to be denied.

A separate order will be entered.

**DONE** and **ORDERED** on April 20, 2021.

L. Scott Coogler
United States District Judge

160704